IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PRESTIGE LAND IRAN CO., d/b/a, PRESTIGE LAND CO.** | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:15-CV-3734-L |
| **HILTI INC.,** | § § § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant Hilti Inc.'s ("Defendant") Motion to Dismiss for Lack of Jurisdiction (Doc. 6), filed December 15, 2015. The motion was referred to Magistrate Judge Renee Harris Toliver who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 6, 2016, recommending that the court deny the motion as moot. No objections to the Report were filed.

After reviewing the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies as moot** Defendant's Motion to Dismiss for Lack of Jurisdiction.

**It is so ordered** this 24th day of May, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page